IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC, <br><br> Defendant. | C.A. No..: 21-698-RGA <br><br> **DEMAND FOR JURY TRIAL** |

**STIPULATION AND [PROPOSED] ORDER TO TRANSFER AND EXTEND
DEADLINE FOR NICOR TO RESPOND TO COUNTERCLAIMS**

WHEREAS, Plaintiff NICOR, Inc. ("NICOR") filed a complaint against SourceBlue, LLC ("SourceBlue") alleging infringement of United States Patent No. 10,824,427 ("the '427 patent"), on May 14, 2021 (D.I. 1) ("the Delaware Action");

WHEREAS, NICOR's response to SourceBlue's answer and counterclaims (D.I. 13) is due July 27, 2021;

WHEREAS, a lawsuit concerning the same patent and the same accused technology has been filed in the Central District of California against NICOR by Infinilux Corporation;

WHEREAS, NICOR and SourceBlue agree that a transfer of the Delaware Action to the Central District of California will conserve party and judicial resources;

WHEREAS, the Court has the power to transfer the Delaware Action to the Central District of California pursuant to 28 U.S.C. § 1404;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that:

1. The deadline for NICOR to respond to SourceBlue's answer and counterclaims (D.I. 13) will be extended by 30 days, to August 26, 2021; and

2. The Delaware Action is transferred to the United States District Court for the Central District of California.

Dated July 19, 2021

| | |
|---|---|
| __/s/ Eve H. Ormerod_____ | __/s/ Cortlan S. Hitch_____ |
| Neal C. Belgam (#2721) | Kenneth L. Dorsney (#3726) |
| Eve H. Ormerod (#5369) | Cortlan S. Hitch (#6720) |
| Smith, Katzenstein, & Jenkins LLP | MORRIS JAMES LLP |
| 1000 West Street, Suite 1501 | 500 Delaware Ave., Ste. 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 888-6800 |
| nbelgam@skjlaw.com | kdorsney@morrisjames.com |
| eormerod@skjlaw.com | chitch@morrisjames.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *NICOR, Inc.* | *SourceBlue, LLC* |

**SO ORDERED** this ____ day of _____, 2021.

_____
United States District Court Judge