# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOR, INC.,<br><br>　　　Plaintiff,<br>v.<br><br>SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC,<br><br>　　　Defendant.<br><br>Consolidated for all purposes with:<br><br>INFINILUX CORPORATION<br><br>　　　Plaintiff,<br>v.<br><br>NICOR, INC.<br><br>　　　Defendant. | Case No.  2:21-cv-05876-AB(PDx)<br><br>**[PROPOSED]** ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE<br><br>Honorable André Birotte Jr. |

THIS CAUSE having come before the Court on the Parties' Stipulation and Joint Motion to Extend the Settlement Conference Deadline and the Court, having considered the motion, it is ORDERED AND ADJUDGED that the motion is granted as follows:

1. The Court finds good cause to extend the settlement conference deadline as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Complete Settlement Conference (L.R. 16-15) | September 23, 2022 | November 23, 2022 |

IT IS SO ORDERED.

Dated: September 19, 2022

_____
Hon. Andre Birotte Jr.
United States District Court
Central District of California