# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NICOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC, <br><br> Defendant. <br><br> Consolidated for all purposes with: <br><br> INFINILUX CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> NICOR, INC. <br><br> Defendant. | Case No. 2:21-cv-05876-AB(PDx) <br><br> **[PROPOSED] ORDER GRANTING SOURCEBLUE, LLC'S AND INFINILUX CORPORATION'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER** <br><br> Honorable André Birotte Jr. <br> Ctrm: 7B |

Defendant and Counterclaimant SourceBlue LLC and Plaintiff Infinilux Corporation filed an *ex parte* application to extend all discovery deadlines by one month so that the cut-off for fact and expert discovery to December 16, 2022. The Court finds that there is good cause to grant the application. Without the requested relief, the moving parties will be irreparably prejudiced because they will not be able to complete at least eight noticed depositions and be prevented from using such evidence to support their motion for summary judgment and to oppose any motion for summary judgment that NICOR files.

Therefore, the Court hereby **ORDERS** that the pretrial deadlines be **EXTENDED** as follows:

| Matter | Current Deadline | New Deadline |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | November 16, 2022 | December 16, 2022 |
| Expert Disclosure (Initial) | October 5, 2022 | November 4, 2022[1] |
| Expert Disclosure (Rebuttal) | November 2, 2022 | December 2, 2022 |
| Expert Discovery Cut-Off | November 16, 2022 | December 16, 2022 |

IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Andre Birotte, Jr.
United States District Court
Central District of California

---

[1] This is the date the Court is advised that the parties actually served their respective opening expert reports.