UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOR, INC.,<br><br>　　　　Plaintiff,<br>v.<br>SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC,<br><br>　　　　Defendant.<br>Consolidated for all purposes with:<br><br>INFINILUX CORPORATION<br><br>　　　　Plaintiff,<br>v.<br>NICOR, INC.<br><br>　　　　Defendant. | Case No. 2:21-cv-05876-AB(PDx)<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Honorable André Birotte Jr. |

　　　The Court **APPROVES** the Parties' Stipulation to modify the scheduling order and **ORDERS** that the following pretrial and trial deadlines are modified as follows:

| Matter | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery cut-off | January 20, 2023 | March 17, 2023 |
| Supplemental Expert Disclosure | January 27, 2023 | March 24, 2023 |
| Expert Disclosure (Rebuttal) | February 10, 2023 | April 7, 2023 |
| Expert Discovery Cut-Off | February 17, 2023 | April 21, 2023 |
| Last Date to *Hear* Motions | March 31, 2023 | June 2, 2023 |
| Trial Filings (first round) | April 28, 2023 | June 23, 2023 |
| Trial Filings (second round) | May 5, 2023 | June 30, 2023 |
| Final Pretrial Conference | May 19, 2023 | July 14, 2023 |
| Trial | June 13, 2023 | August 8, 2023 |

IT IS SO ORDERED.

Dated: January 13, 2023

_____
The Honorable Andre Birotte Jr.
United States District Court
Central District of California