David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334
*Attorneys for SourceBlue, LLC and
Infinilux Corporation*

Lena N. Bacani (SBN 213556)
lena.bacani@lozaip.com
**LOZA & LOZA, LLP**
305 N. Second Ave., Ste. 127
Upland, CA 91786
Tel.: (877) 406-5164
Fax: (213) 394-3625

Gordon E. Gray (SBN 175209)
geg@grayiplaw.com
**THE GRAY LAW FIRM**
4401 N. Atlantic Blvd., 2nd Fl.
Long Beach, CA 90807
Tel: (562) 984-2020
*Attorneys for NICOR, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NICOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC, <br><br> Defendant. <br><br> Consolidated for all purposes with: <hr> INFINILUX CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> NICOR, INC. <br><br> Defendant. | Case No.  2:21-cv-05876-AB(PDx) and 2:21-cv-5300-AB(PDx) <br><br> Honorable André Birotte, Jr. <br><br> **FOURTH STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER** |

In accordance with Rule 6(b) of the Federal Rules of Civil Procedure, NICOR, Inc. ("NICOR"), SourceBlue, LLC ("SourceBlue"), and Infinilux Corporation ("Infinilux") (collectively, "the Parties"), through undersigned counsel of record, stipulate and jointly move this Court for an extension of the remaining pretrial deadlines, as well as the current trial date. In support thereof, the Parties state as follows:

1.      On May 14, 2021, NICOR filed an action against SourceBlue in the United States District Court for the District of Delaware, Case No. 1:210cv-00698-UNA ("SourceBlue Action").

2.      On July 1, 2021, Infinilux filed a declaratory judgment action against NICOR in the United States District Court for the Central District of California, Case No. 2:21-cv-5300 ("Infinilux Action").

3.      After the filing of the Infinilux Action the parties stipulated to the transfer of the SourceBlue Action to this Court, and the case was transferred on July 21, 2021.

4.      On November 5, 2021, the Parties filed a Joint Rule 26 Report with a proposed a Schedule of Pretrial and Trial Dates in both actions (Dkt. 45).

5.      On November 12, 2021, the Court entered an Order Re: Jury/Court Trial ("Scheduling Order"), adopting the Parties' proposed Schedule of Pretrial and Trial Dates (Dkt. 48).

6.      On December 23, 2021, the Parties filed a Joint Stipulation to Consolidate Cases (Dkt. 50).

7.      On December 28, 2021, the Court entered an Order Consolidating Cases (Dkt. 51).

8.      On February 28, 2022, the Court entered an Order granting NICOR's Leave to File First Amended Complaint (Dkt. 54).

9.      On March 15, 2022, SourceBlue filed its Answer and Affirmative Defenses to Nicor's First Amended Complaint, and Counterclaims (Dkt. 56).

10.     On March 28, 2022, NICOR filed its Answer to Counterclaims (Dkt. 57).

11.     On August 4, 2022, the parties filed a stipulation and joint motion to extend pretrial deadlines (Dkt. 60).

12.     On August 9, 2022, the Court entered an Order Extending Pretrial Deadlines (Dkt. 61).

13.     On November 16, 2022, SourceBlue and Infinilux filed an Ex Parte Application to Modify the Scheduling Order (Dkt. 65).

14.     On November 22, 2022, the Court entered an Order Granting SourceBlue's and Infinilux's Ex Parte Application to Modify the Scheduling Order (Dkt. 68).

15.     On December 2, 2022, the parties filed a stipulation and joint motion to modify the scheduling order (Dkt. 70).

16.     On December 7, 2022, the Court entered an order modifying the scheduling order (Dkt. 71).

17.     On January 11, 2023, the parties filed a stipulation and joint motion to modify the scheduling order (Dkt. 83).

18.     On January 13, 2023, the Court entered an order modifying the scheduling order (Dkt. 84).

19.     Since that time, the fact and expert discovery periods have closed. In addition, the parties have filed their motions for summary judgment, which were noticed to be heard on May 26, 2023. Infinilux and SourceBlue (collectively, "the SourceBlue Parties") also filed two *Daubert* motions, which were also noticed for May 26, 2023. As a result, currently pending before the Court are the following motions by the Parties:

1.  SOURCEBLUE, LLC'S AND INFINILUX CORPORATIONS MOTION TO STRIKE AND EXCLUDE EXPERT OPINIONS OF. E. FRED SCHUBERT, Ph.D. [Dkt. 100];

2.   SOURCEBLUE, LLC'S AND INFINILUX CORPORATION'S MOTION TO STRIKE AND EXCLUDE EXPERT OPINIONS OF DARYL MARTIN [Dkt. 102];

3.   SOURCEBLUE, LLC'S MOTION FOR SUMMARY JUDGMENT [Dkt. 103], [Dkt. 114];

4.   INFINILUX CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I-III OF NICOR INC.'S COUNTERCLAIMS AND PRECLUDING NICOR FROM RECOVERING CERTAIN TYPES OF DAMAGES [Dkt. 105];

5.   NICOR, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Dkt. 107], [Dkt. 119];

20.   The above-identified motions are collectively referred to herein as the "Pending Motions".

21.   In view of the parties filing of the Pending Motions, the parties are now left with the following dates on the current case schedule:

| Matter | Current Deadline |
|---|---|
| Trial Filings (first round) | June 23, 2023 |
| Trial Filings (second round) | June 30, 2023 |
| Final Pretrial Conference | July 14, 2023 |
| Trial | August 8, 2023 |

22.   After the filing of the above motions, on May 17, 2023, the Court issued an order continuing the hearing date on all of the above motions from May 26, 2023, to June 30, 2023 (Dkt. 149).

23.   In view of the Court's order continuing the hearing date (Dkt. 149) on the Pending Motions, the Parties have met and conferred and agreed—that for the most efficient use of the Parties' and the Court's time and resources—to request to

continue the four remaining deadlines on the current case schedule by two months in order to allow the Court to issue its rulings on the Pending Motions before the Parties are required to prepare their trial filings for the first and second round.

24.     Based on the Court's Oder (Dkt. 149), under the Court's current schedule, the hearing on the Pending Motions will now be <u>after</u> the deadline to file the first round of trial filings and <u>on the same date</u> that the second round of filings are due. In addition, the pretrial conference will only be fourteen (14) days after the hearing date on the Pending Motions.

25.     The parties believe it makes sense to wait for the Court to rule on the Pending Motions before proceeding with the first and second round of trial filings, as these filings are likely to be impacted by the Court's rulings on the Pending Motions. Under the Court's current schedule, the Parties will need to prepare as if all claims/counterclaims survive the motion phase, which will likely result in multiple unnecessary filings if that is not the case.

26.     Further, the Court's rulings on the motions are likely to inform motions *in limine* that the Parties want to bring, but the Parties will not have the benefit of the Court's rulings. Accordingly, after discussing the matter, the Parties believe that their resources, and those of the Court, would be better served by moving the remaining dates on the Court's calendar by two months to allow the Court time to hear the Pending Motions and issue its orders thereon.

27.     The Parties have requested a two-month extension in order to provide sufficient time for the Court to issue its rulings on the Pending Motions and the parties to benefit from, and use, the Court's rulings in their trial filings. In addition, counsel for the SourceBlue Parties has a four-day hearing in a patent arbitration proceeding, *Seaguard Electronics, LLC, v. Audiovox Corporation, nka VOXX International Corporation*, AAA Case No. 01-18-0003-0518, on September 6 through September 11. Thus, counsel also seek to avoid creating scheduling conflicts related to that matter.

28.     Finally, the additional time will also allow the parties and their counsel to assess the Court's rulings and their respective settlement positions before proceeding with the first and second round trial filings.

29.     For the foregoing reasons, good cause exists to modify the remaining case deadlines.

30.     Accordingly, the Parties respectfully and jointly request the Court to enter an Order modifying the Scheduling Order as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Filings (first round) | June 23, 2023 | August 18, 2023 |
| Trial Filings (second round) | June 30, 2023 | September 1, 2023 |
| Final Pretrial Conference | July 14, 2023 | September 15, 2023 |
| Trial | August 8, 2023 | October 10, 2023 |

31.     The parties have attached a proposed order.

///
///
///
///
///
///
///
///
///
///
///
///
///

Dated: May 25, 2023

Respectfully Submitted,

By:  /s/ *David A. Randall*
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab Samuel (SBN 228296)
emauel@orbitip.com
Thomas J. Brindisi (CA SBN 175587)
tom@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333

*Attorneys for SourceBlue, LLC and Infinilux Corporation*

By:  /s/ *Lena Bacani*
Lena N. Bacani (SBN 213556)
lena.bacani@lozaip.com
LOZA & LOZA, LLP
305 N. Second Ave., Ste. 127
Upland, CA 91786
Tel.: (877) 406-5164
Fax: (213) 394-3625

Gordon E. Gray (SBN 175209)
geg@grayiplaw.com
**THE GRAY LAW FIRM**
4401 N. Atlantic Blvd., 2nd Fl.
Long Beach, CA 90807
Tel: (562) 984-2020
*Attorneys for NICOR, Inc.*

### <u>Certification of Compliance with C.D. Cal. L.R. 5-4.3.4</u>

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing NICOR to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 25, 2023.

 /s/ *David A. Randall*
David A. Randall