JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOR, INC., Plaintiff,<br><br>v.<br><br>SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC, Defendant | Case Nos. 2:21-cv-05876-AB(PDx) and 2:21-CV-5300-AB(PDX)<br><br>**ORDER DISMISSING CIVIL ACTION** |
| INFINILUX CORPORATION, Plaintiff,<br><br>v.<br><br>NICOR, INC., Defendant | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 6, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.