**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOURCEBLUE, LLC f/k/a TURNER LOGISTICS, LLC, <br><br> Defendant. <br><br> Consolidated for all purposes with: <br><br> INFINILUX CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> NICOR, INC. <br><br> Defendant. | Case No. 2:21-cv-05876-AB(PDx) and 2:21-cv-5300-AB(PDx) <br><br> Honorable André Birotte, Jr. <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Based on the Parties Stipulation to Dismiss Case with Prejudice, the Court ORDERS:

- This consolidated action and all claims and counterclaims asserted by the Parties are hereby dismissed with prejudice;
- Each Party is to bear its own costs and attorneys' fees;
- The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement between the Parties;
- This Order supersedes the Court's dismissal Order dated November 6, 2023 (Dkt. 192).

IT IS SO ORDERED.

Dated: November 29, 2023

_____
Hon. André Birotte Jr.
United States District Court
Central District of California